IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARRYL K. AH MAU, Individually and as Personal Representative for the Estate of Sarah Lokelani Ah Mau, deceased; BARTHOLOMEW YADAO , <br>     Plaintiffs, <br>   vs. <br><br> STATE OF HAWAII; CORRECTIONS CORPORATION OF AMERICA; NURSE IRIS PRATER; DOE DEFENDANTS 1-100, <br>     Defendants. <br> _____ | CV 08-00109 SOM-LEK |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

    Findings and Recommendation having been filed and served on all parties on June 2, 2008, and no objections having been filed by any party,

    IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; June 23, 2008.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

cc:all parties of record

Ah Mau v. State of Hawaii; CV 08-00109 SOM-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION